UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| WINSTON GREY BRAKEALL,<br><br>Petitioner,<br><br>vs.<br><br>ALEJANDRO REYES,<br><br>Respondents. | 4:25-CV-04063-CBK<br><br><br>ORDER |

Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the South Dakota Board of Pardons and Paroles' 2008 re-calculation of good conduct time credits, parole eligibility date, and final discharge date. The petition was denied as untimely under 28 U.S.C. § 2244(d). I denied the issuance of a certificate of appealability. Petitioner filed a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e), which was denied.

Petitioner has filed a notice of appeal along with a motion to proceed on appeal *in forma pauperis* without the prepayment of the filing fee. Petitioner has made the showing required by 28 U.S.C. § 1915(a) that he is unable to prepay the $605 appellate filing fee. However, pursuant to 28 U.S.C. 1915(a)(3), "an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." I made that finding when I denied a certificate of appealability and so find again.

Now, therefore,

IT IS ORDERED that the motion, Doc. 25, to proceed on appeal *in forma pauperis* without the prepayment of the filing fee is denied.

DATED this _____ day of May, 2026.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge